MICHAEL G. YODER (State Bar No. 83059)
  myoder@omm.com
CHRISTOPHER S. WHITTAKER (State Bar No. 274699)
  cwhittaker@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660-6429
Telephone: 949-823-6900
Facsimile: 949-823-6994

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED CONCRETE AND SUPPLY CO., a California corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND GERALD BROWN JR., in his official capacity as the Governor of the State of California, *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-04830-RGK (FFM)<br><br>[~~PROPOSED~~] **PRELIMINARY INJUNCTION**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850 |

On August 22, 2016, Plaintiffs Allied Concrete and Supply Co., CalPortland Company, Gary Bale Redi-Mix Concrete, Inc., Holliday Rock Co., Inc., National Ready Mixed Concrete Co., Robertson's Ready Mix, Ltd., Spragues' Rock and Sand Company, and Superior Ready Mix Concrete L.P. (collectively, "Plaintiffs") filed a Motion for Preliminary Injunction. (ECF No. 25.) Defendants Christine Baker, Director of the Department of Industrial Relations of the State of California, and Julie Su, Labor Commissioner of the State of California, Division of Labor Standards Enforcement (collectively, "Defendants") filed an opposition brief on

September 6, 2016. (ECF No. 35.) Plaintiffs filed a reply brief on September 14, 2016. (ECF No. 43.)

On September 21, 2016, the Court took Plaintiffs' motion under submission. (ECF No. 45.) On October 18, 2016, the Court issued a written order granting the motion for the reasons stated therein. (ECF No. 61.)

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Defendants and their officers, agents, servants, employees, subordinates, and attorneys, and anyone acting in concert or participation with any of those individuals, are hereby ENJOINED during the pendency of this action from (1) applying or enforcing California Labor Code Section 1720.9 against Plaintiffs and other suppliers, haulers, and deliverers of ready-mixed concrete; and (2) imposing on Plaintiffs and other suppliers, haulers, and deliverers of ready-mixed concrete any fines or penalties predicated on California Labor Code Section 1720.9.

This Preliminary Injunction shall become effective immediately, and shall continue in effect until this Court enters final judgment in this action or otherwise vacates this Order.

Defendants shall provide notice of this Preliminary Injunction to all individuals employed in the Department of Industrial Relations of the State of California or the Division of Labor Standards Enforcement or who otherwise have the authority or responsibility for application or enforcement of California Labor Code Section 1720.9.

DATED: October 21, 2016         By: _____
                                    The Hon. Judge R. Gary Klausner
                                    United States District Judge