1  MICHAEL G. YODER (State Bar No. 83059)
     myoder@omm.com
2  CHRISTOPHER S. WHITTAKER (State Bar No. 274699)
     cwhittaker@omm.com
3  O'MELVENY & MYERS LLP
   610 Newport Center Drive, Suite 1700
4  Newport Beach, California 92660-6429
   Telephone:  949-823-6900
5  Facsimile:   949-823-6994

6  Attorneys for Plaintiffs

Priority     ____
Send         ____
Enter        ____
Closed       ____
JS-5/JS-6    ✓
JS-2/JS-3    ____
Scan Only    ____

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  ALLIED CONCRETE AND SUPPLY      | Case No.: 2:16-cv-04830-RGK (FFM)
    CO., a California corporation, *et al.*, |
13                                  |
    Plaintiffs,                     | **PERMANENT INJUNCTION AND**
14                                  | **FINAL JUDGMENT**
    v.                              |
15                                  | Judge:         Hon. R. Gary Klausner
    EDMUND GERALD BROWN JR., in     | Courtroom:     850
16  his official capacity as the Governor of |
    the State of California, *et al.*, |
17                                  |
    Defendants.                     |
18

19

20         On December 2, 2016, this Court issued its Order re: Defendants' Motion to

21  Dismiss (DE 39), in which it dismissed the Second Claim for Relief for Preemption

22  alleged in Plaintiffs' Complaint (ECF No. 1), but declined to dismiss Plaintiffs' First

23  Claim for Relief for Equal Protection. *See* ECF No. 79. On March 6, 2017, this

24  Court issued its Order Re: Plaintiffs' Motion for Summary Judgment and for a

25  Permanent Injunction (DE 86), in which it granted summary judgment in favor of

26  Plaintiffs on the First Claim for Relief alleged in Plaintiffs' Complaint (ECF No. 1)

27  and granted Plaintiffs' request for a permanent injunction. *See* ECF No. 98.

28

For the reasons detailed in those orders, IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Defendants Christine Baker, Director of the Department of Industrial Relations of the State of California, and Julie Su, Labor Commissioner for the State of California (collectively, "Defendants"), and against Plaintiffs Allied Concrete and Supply Co., CalPortland Company, Gary Bale Redi-Mix Concrete, Inc., Holliday Rock Co., Inc., National Ready Mixed Concrete Co., Robertson's Ready Mix, Ltd., Spragues' Rock and Sand Company, and Superior Ready Mix Concrete L.P. (collectively, "Plaintiffs") on the Second Claim for Relief alleged in Plaintiffs' Complaint (ECF No. 1);

2. Judgment is entered in favor of Plaintiffs and against Defendants on the First Claim for Relief alleged in Plaintiffs' Complaint (ECF No. 1);

3. California Labor Code Section 1720.9 violates the Equal Protection Clause of the Constitution of the United States under the Fourteenth Amendment and enforced through 42 U.S.C. § 1983;

4. California Labor Code Section 1720.9 is unconstitutional as applied to Plaintiffs and all those similarly situated, including other suppliers, haulers, and deliverers of ready-mixed concrete, and contractors hiring or using any supplier, hauler, or deliverer of ready-mixed concrete;

5. Defendants and their respective officers, agents, servants, employees, subordinates, and attorneys, and anyone acting in concert or participation with any of those individuals, are hereby PERMANENTLY ENJOINED from applying or enforcing California Labor Code Section 1720.9 against Plaintiffs and all those similarly situated, including other suppliers, haulers, and deliverers of ready-

[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT

mixed concrete, and contractors hiring or using any supplier, hauler, or deliverer of ready-mixed concrete;

6. Defendants and their respective officers, agents, servants, employees, subordinates, and attorneys, and anyone acting in concert or participation with any of those individuals, are hereby further PERMANENTLY ENJOINED from imposing on Plaintiffs and all those similarly situated, including other suppliers, haulers, and deliverers of ready-mixed concrete, and contractors hiring or using any supplier, hauler, or deliverer of ready-mixed concrete, any fines or penalties predicated on California Labor Code Section 1720.9;

7. Defendants shall provide notice of this Permanent Injunction and Final Judgment to all individuals employed in the Department of Industrial Relations of the State of California or the Division of Labor Standards Enforcement or who otherwise have the authority or responsibility for application or enforcement of California Labor Code Section 1720.9; ~~and~~

~~8. Plaintiffs are the prevailing parties for purposes of Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988.~~

DATED:    March 14, 2017    By: _____
The Hon. Judge R. Gary Klausner
United States District Judge

[PROPOSED] PERMANENT INJUNCTION
AND FINAL JUDGMENT

-3-