SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
ERIC P. BROWN (SBN 284245)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
         sleyton@altber.com
         ebrown@altber.com

Attorneys for Proposed Intervenor
International Brotherhood of Teamsters

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALLIED CONCRETE AND SUPPLY CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND GERALD BROWN JR., *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-04830-RGK-FFM<br><br>**[Proposed] FINAL JUDGMENT AFTER REMAND**<br><br>Place:  Courtroom 850<br>Judge: Hon. R. Gary Klausner |

1           **[Proposed] FINAL JUDGMENT AFTER REMAND**

2           Pursuant to the mandate issued by the Ninth Circuit, the Permanent Injunction

3 and Final Judgment entered on March 14, 2017 (Doc. 102) is hereby vacated and the

4 Court hereby issues a new Final Judgment in this action as follows:

5           The motion by International Brotherhood of Teamsters to intervene as a

6 defendant is granted.   Judgment is entered for defendants and against plaintiffs on

7 all claims.

8           IT IS SO ORDERED.

9

10 DATED:   May 17, 2019

11

12                                 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28